IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| RANDOLPH SPRINGER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 23-05015-CV-SW-DPR |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is a Civil Complaint, naming as Plaintiffs Randolph Springer, an individual, Jennifer Springer, an individual, and K-RAC Inc., described as "a corporation within the state of Missouri" and "a corporation operating within the state of Missouri." (Doc. 1 at 2-3.) The complaint is signed and verified by Jennifer Springer and Randolph Springer. *Id*. at 10-11.

Individuals may plead and conduct their own cases personally. 28 U.S.C. § 1654. However, a corporation may not proceed pro se in this district. *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996). Rather, "a corporation may appear in the federal courts only through licensed counsel." *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993). Here, it appears that K-RAC Inc. is not represented by a licensed attorney.

Accordingly, within 30 days of this Order, K-RAC Inc. is directed to obtain counsel, who shall enter their appearance in this action on behalf of K-RAC Inc. Failure to do so will result in the dismissal of K-RAC Inc. from this action without further notice. The Clerk's office is directed to send a copy of this Order to all Plaintiffs via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: March 16, 2023